

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

January 25, 1966

Honorable D. C. Greer
State Highway Engineer
Texas Highway Department
Austin, Texas

Dear Mr. Greer:

Opinion No. C-588

RE: Whether The Texas Highway
Department has authority to
spend highway funds to pay
city street paving assessment
on adjacent Highway Department
owned borrow pit.

Your request for an opinion reads:

"Can the State Highway Department spend
highway funds to pay assessments to im-
prove city streets adjacent to land owned
by the Highway Department for use as
material source in the construction and
maintenance of highways?"

Conference with your office and examination of your file
on this subject reveals the following: In July, 1950,
you obtained a deed to land in Houston, Harris County,
Texas. A portion of that land was a borrow pit used by
you as a source of material for construction and main-
tenance of highways, and is now being utilized as a dump-
ing ground. It will be filled in the near future and
declared surplus. After notice and hearing, the City of
Houston in November, 1964, assessed all abutting property
owners along a portion of Jensen Drive. Your curb and
gutter assessment was $6.95 per front foot on approxi-
mately 600 feet. The improvements do enhance the value
of your property and you expect to sell the tract at a
profit.

We are of the opinion that payment of this assess-
ment falls within the authority spelled out in Opinion
WW-585, issued to you April 2, 1959. You have authority
to make payment from the appropriation made to the State
Highway Department in Section No. 20, of the present
biennium appropriation. The amount of payment is limited
to the assessment, provided the assessment is not in ex-
cess of the enhancement. City of Houston v. Roy Blackbird,
et al, Tex.Sup.Ct. 1965, 394 S.W.2d 159. We are aware of

Opinions WW-292 and WW-336, cited by the comptroller, but do not consider either controlling in this fact situation.

### SUMMARY

The State Highway Department has authority to spend highway funds to pay assessments to improve city streets adjacent to land owned by the Highway Department for use as material source in the construction and maintenance of Highways, provided the amount of payment is limited to the assessment and is not in excess of the enhancement.

Yours very truly,

WAGGONER CARR
Attorney General of Texas

By _Vince Taylor_

Vince Taylor
Assistant Attorney General

VT/vmo

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
Harold Kennedy
Linward Shivers
Malcolm Quick
John Reeves

APPROVED FOR THE ATTORNEY GENERAL
By: T. B. Wright